IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

NORFOLK DIVISION

FILED
OCT 1 2 2023
CLERK U.S. DISTRICT COURT
NORFOLK, VA

UNITED STATES OF AMERICA

v.

HENRY R.A. BAKER

Case No. 2:23mj202
Court Date: October 25, 2023

## CRIMINAL INFORMATION

### COUNT ONE
(Misdemeanor)-Violation No. E1928713

THE UNITED STATES ATTORNEY CHARGES:

That on or about August 29, 2023, at Naval Station Norfolk, Virginia, on lands acquired for the use of the United States and within the special maritime and territorial jurisdiction thereof, in the Eastern District of Virginia, the defendant, HENRY R.A. BAKER, did knowingly drive a motor vehicle while his driver's license, learner's permit, or privilege to drive a motor vehicle was suspended or revoked.

(In violation of Title 18, United States Code, Sections 7 and 13, assimilating Code of Virginia, Section 46.2-301.)

<u>COUNT TWO</u>
(Misdemeanor)

THE UNITED STATES ATTORNEY CHARGES:

That on or about August 29, 2023, at Naval Station Norfolk, Virginia, on lands acquired for the use of the United States and within the special maritime and territorial jurisdiction thereof, in the Eastern District of Virginia, the defendant, HENRY R.A. BAKER, did unlawfully drive and operate a motor vehicle during the time in which his privilege to drive or operate a motor vehicle was restricted, suspended or revoked, which driver's license was forfeited due to a conviction for driving under the influence of alcohol, in violation of Title 18.2-266 in the General District Court, for the City of Virginia Beach, Virginia on April 6, 2023; and, a 2nd conviction for driving under the influence of alcohol, in violation of Title 18.2-266 in the General District Court, for the City of Virginia Beach, Virginia on May 17, 2023.

(In violation of Title 18, United States Code, Sections 7 and 13, assimilating Code of Virginia, Section 18.2-272.)

Respectfully submitted,

Jessica D. Aber
United States Attorney

By: /s/
James L. Wray-Miller
Special Assistant U.S. Attorney
Office of the U.S. Attorney
101 West Main Street, Suite 8000
Norfolk, VA  23510
Ph: (757) 441-6712
Fax:(757) 441-3205
James.Wray-Miller@usdoj.gov

CERTIFICATE OF MAILING

    I hereby certify that on the date indicated below, I caused a true and correct copy of the foregoing Criminal Information to be mailed, postage prepaid, to the defendant in the above-styled case.

_____
James L. Wray-Miller
Special Assistant U.S. Attorney
Office of the U.S. Attorney
101 West Main Street, Suite 8000
Norfolk, VA  23510
Ph: (757) 441-6712
Fax:(757) 441-3205
James.Wray-Miller@usdoj.gov


_11 October 2023_____
Date